# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**CARMEN LOPEZ**

Plaintiff,

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

**COMMISSIONER OF SOCIAL SECURITY**

Defendant.

Case Number: 2:09cv3606(WJM)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ **GRANTED, and**

☒ The clerk is directed to file the complaint, and

☒ **IT IS FURTHER ORDERED** that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED,** for the following reasons:

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order ro reopen the case.

ENTER this ___28'e___ day of ___July___, 2009

_____
Signature of Judicial Officer

U.S.D.J.
Name and Title of Judicial Officer